UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THANH THACH,<br><br>             Plaintiff,<br><br>  v.<br><br>MARK A MORGAN, et al.,<br><br>           Defendants. | C20-1581 TSZ<br><br>MINUTE ORDER |

Having reviewed the complaint in this matter, the Court concludes that this proceeding is exempt from the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(A) and the initial conference requirements of Federal Rule of Civil Procedure 26(f).  _See_ Fed. R. Civ. P. 26(a)(1)(B)(ii).  To facilitate entry of an appropriate scheduling order in this matter, counsel and any pro se parties are directed to confer and to file a Joint Status Report by **March 15, 2021**.  The Joint Status Report must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of the case.

2. A statement of the procedural posture of the case, including the status of notices required by Supplemental Admiralty and Maritime Claims Rule G and/or Title 18 of the United States Code.

ORDER REGARDING JOINT STATUS REPORT - 1

3. A proposed deadline for joining additional parties.

4. A discussion of whether and to what extent discovery is anticipated in this case, and a proposed deadline for the completion of any discovery.

5. A proposed deadline for the filing of dispositive motions.

6. A discussion of whether and to what extent trial will be required in this matter and, if so, an indication of (i) when the matter will be ready for trial; (ii) whether such trial will be jury or non-jury; and (iii) how long such trial is anticipated to take.

7. An indication of whether the parties agree that a full-time Magistrate Judge may conduct all proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule MJR 13.  The Magistrate Judge who will be assigned the case is the Honorable Brian A. Tsuchida.  Agreement in the Joint Status Report will constitute the parties' consent to referral of the case to the assigned Magistrate Judge.

8. The names, addresses, and telephone numbers of all counsel and any pro se parties.

9. An indication of whether any party wishes a scheduling conference before a scheduling order is entered in this case.  If the parties are unable to agree on any part of the Joint Status Report, they may answer in separate paragraphs. **No separate reports are to be filed.**

The time for filing the Joint Status Report may be extended only by court order.  Any request for extension should be made to Judge Zilly's Chambers by telephone at (206) 370-8830.  If settlement is achieved, the parties shall immediately notify Chambers.

ORDER REGARDING JOINT STATUS REPORT - 2

1  Plaintiff's counsel is responsible for starting the communications needed to
2  comply with this Minute Order.  Failure by any party to fully comply with this Minute
3  Order may result in the imposition of sanctions, including dismissal of the case.

4  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

5  Dated this 14th day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk
